IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

VERA MAE KINKADE,

    Defendant.

Civil Action No. 2:14-CV-01528

## JUDGMENT

**AND NOW**, to wit, this 11th day of February, 2015, after presentation and consideration of the foregoing Motion Upon Default for Judgment in Mortgage Foreclosure and for Deficiency Judgment, heretofore filed by the Plaintiff, United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Judgment by Default is hereby entered against Defendant, Vera Mae Kinkade, for failure to answer and in favor of Plaintiff, United States of America, as follows:

| | |
|---|---|
| (a) Principal | $19,607.40 |
| (b) Interest through 5/29/14 | $ 1,816.77 |
| (c) Interest Credit Subject to Recapture | $ 60,100.44 |
| (d) Escrow Advances | $ 3,662.90 |
| (e) Attorney fees | $ 1,500.00 |
| TOTAL | $86,687.51 |

together with interest at 9.5% per annum to the date of judgment, plus interest from the date of judgment at the legal rate, reasonable attorneys' fees and collection costs.

It is further ORDERED that a deficiency judgment is entered for the balance due and remaining on the default judgment after deduction of monies received as a result of the sale of the subject property.

It is further ORDERED that the subject property hereby shall be and is exposed for the purpose of satisfying Plaintiff's Judgment.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

_Maurice B. Cohill, Jr._
United States District Court Judge